**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Case No. 23-17423 | |
| | ) | | |
| SCP MERCHANDISING, LLC, | ) | Chapter 7 | |
| | ) | | |
| Debtor. | ) | Hon. Janet S. Baer | |
| | ) | | |

| | | | |
|---|---|---|---|
| | ) | | |
| GINA B. KROL, not individually but solely as the Chapter 7 Trustee of the estate of SCP MERCHANDISING, LLC, | ) ) ) | | |
| | ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | Case No. 26-00008 | |
| B ZEE BROKERAGE LTD, | ) ) | | |
| Defendant. | ) | | |

**CERTIFICATE OF SERVICE**

I, Elizabeth L. Janczak, certify that service of this summons and a copy of the complaint was made by:

| | |
|---|---|
| ☒ | Mail Service: Regular, first class United States mail, postage fully pre-paid, on January 12, 2026 addressed to:<br><br>Neil Zeagman<br>B Zee Brokerage Ltd<br>280 Superior Blvd.<br>Mississauga, ON L5T2L2 |
| ☒ | Overnight Courier via Federal Express delivered on January 16, 2026 addressed as follows. Federal Express confirmation delivery is attached as Exhibit A.<br><br>Neil Zeagman<br>B Zee Brokerage Ltd<br>280 Superior Blvd.<br>Mississauga, ON L5T2L2 |

| | |
|---|---|
| ☐ | Residence Service: By leaving the process with the following adult at: |
| ☐ | Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: |
| ☐ | Publication: The defendant was served as follows: [Describe briefly] |
| ☐ | State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly] |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date: February 20, 2026 | Signature: ___/s/ Elizabeth L. Janczak___ |
|---|---|

Print Name:         Elizabeth L. Janczak
Business Address:   Shelly A. DeRousse
                    Elizabeth L. Janczak
                    Sanjiv H. Sarma
                    SMITH GAMBRELL & RUSSELL LLP
                    155 North Wacker Drive, Suite 3000
                    Chicago, Illinois 60606
                    Telephone:  312.360.6000
                    Facsimile:  312.360.6520
                    sderousse@sgrlaw.com
                    ejanczak@sgrlaw.com
                    ssarma@sgrlaw.com

**EXHIBIT A**



February 18, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 887843503917

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | SDONNA | Delivery Location: | |
| Service type: | FedEx International Economy | | |
| Special Handling: | Deliver Weekday; Direct Signature Required; Airbill Automation | | MISSISSAUGA, ON, |
| | | Delivery date: | Jan 16, 2026 10:22 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 887843503917 | Ship Date: | Jan 12, 2026 |
| | | Weight: | 1.0 LB/0.45 KG |

| Recipient: | Shipper: |
|---|---|
| MISSISSAUGA, ON, CA, | CHICAGO, IL, US, |

Reference                912734.004

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx